

FILED

06/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0324

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0324

_____

COTTONWOOD ENVIRONMENTAL
LAW CENTER; LIZ AMETSBOSCHLER;
DANNY CHORIKI; JEREMY DRAKE;
AVIV GUSCIO; KATIE HARRISON;
YOUPA STEIN; MARY STRANAHAN;
JANS SWANSON; and THOMAS WALDORF,

      Plaintiffs and Appellees,                 O R D E R

      v.

STATE OF MONTANA,

      Defendant and Appellant.

_____

Appellant State of Montana appeals from the March 19, 2024 Partial Summary Judgment Motion Order from the First Judicial District Court, Lewis and Clark County, entered in that court's Cause No. BDV-2023-754.

The State filed its Notice of Appeal (NOA) on May 21, 2024, but did not attach the requisite copy of the certification order as required by M. R. App. P. 4(b). On May 22, 2024, the State filed an amended NOA with the District Court's May 6, 2024 Rule 54(b) Motion Order attached. However, due to a clerical error the Court did not receive notification that the State had filed an amended NOA. On May 29, 2024, having reviewed only the May 21, 2024 Order and attachments thereto, the Court dismissed the appeal without prejudice due to the lack of certification order. This was in error as the State had corrected this deficiency prior to the Court's dismissal order.

Pursuant to M. R. App. P. 4(4)(b), the Court has now reviewed the District Court's certification order for compliance with M. R. App. P. 6(6). We conclude the court's

certification order is in substantial compliance with the requirements of Rule 6(6) and our case law interpreting certification orders under Rule 54(b).

IT IS THERFORE ORDERED that the Court's May 29, 2024 Order dismissing this appeal without prejudice is RESCINDED.

IT IS FURTHER ORDERED that this appeal may proceed.

The Clerk is directed to provide copies of this Order to all parties.

Dated this 6th day of June, 2024.

_____
Chief Justice

FILED

JUN 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
Justices

2